UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CAROLYN ROLLINS,

                          Plaintiff,                              15-cv-6662 (PKC)

          -against-                                              ORDER


ADULT PROTECTIVE SERVICES, et al.

                          Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

   Plaintiff Carolyn Rollins, who is proceeding pro se, filed a Motion to Compel on January 22, 2020, which appears to assert that the case was improperly closed.  (Docket # 81.) Judgment was entered in this case on January 5, 2017.  (Docket # 70.)  The Second Circuit dismissed Ms. Rollins's appeal (Docket # 72) and this Court denied two subsequent motions for reconsideration.  (Docket # 75, 78.)  The Court construes the January 22, 2020 motion as a motion for reconsideration.  For the reasons previously explained by the Court, the motion is denied.

   The Clerk is directed to terminate the motion.  (Docket # 81.)  Copies mailed by Chambers.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
      April 22, 2020

**MAILED BY CHAMBERS TO:**
Carolyn Rollins
40-03 29th Street
LIC, New York,  11101